KARL A. KODWEIS, Plaintiff, v. ISABELLE E. CHASE, Appellant, and HOWE & BASSETT Co., INC., Respondent.— Appeal dismissed, without costs, upon stipulation filed.

JOHN HOFMANN, JR., as Administrator, etc., of GRACE HOFMANN, Deceased, Respondent, v. THE NEW YORK CENTRAL RAILROAD COMPANY, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

THE SYRACUSE TRUST COMPANY, Appellant, v. THEODORE H. WICKWIRE, JR., Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. THOMAS MAZURKIEWICZ, Appellant.— Judgment of conviction affirmed. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Taylor, JJ.

MICHAEL COLLINS, Appellant, v. JOHN A. ROY and Others, Respondents.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

FRED LENSKY, Respondent, v. ADAM SZYNKOWSKI and Another, Appellants, Impleaded with Another, Defendant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

JAMES L. JOHNSON, Respondent, v. GENERAL COMMERCIAL SECURITIES CORPORATION, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Davis, Sears and Crouch, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAY TOWNSEND, One of the Overseers of the Poor of the Town of Elbridge, New York, Respondent, v. WILLIAM CLARK, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

AUGUST MOLKERS and Another, Appellants, v. JENNIE L. FOWLER, Respondent. — Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

ELIZABETH M. HEDGES, Respondent, v. LYNWOOD AMUSEMENT CORPORATION, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide event, on the ground that the verdict is against the weight of the evidence on the question of the defendant's negligence. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

FRED GREEN, Appellant, v. EDWARD L. SAISSELIN, Respondent.— Order affirmed, with ten dollars costs and disbursements. All concur. Present — Hubbs, P. J., Clark, Davis, Crouch and Taylor, JJ.

ROSE LUBAK, Appellant, v. ANDREW YONKOSKI, Respondent.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.

ALOIS BORGYON, Respondent, v. MAURICE A. CLARK, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Davis, Sears, Crouch and Taylor, JJ.